# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  : Chapter 13
:
Nelson Martinez  : Bankruptcy No. 15-18073 JKF

## CERTIFICATION OF NO OBJECTION TO OBJECTION TO CLAIM

I, Erik B. Jensen, Esq, Counsel for Debtor(s) in the above matter, do hereby certify that no response to the OBJECTION TO CLAIM has been served upon me, nor have any other APPLICATIONS.

WHEREFORE, the Objectio is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Objection, a copy of which was attached thereto.

Respectfully submitted,

DATE: August 17, 2016

/s/ Erik B. Jensen, Esq
Erik B. Jensen, P.C.
Attorney for the Debtor
1528 Walnut Street, Suite 1401
Philadelphia, PA 19102
215-546-4700