UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Nelson Martinez | Chapter 13 |
| Debtor | Bankruptcy No.15-18073 |
| | Objection to Proof of Claim of PECO Energy Company |
| | Claim #, 5, filed on 5/10/2016 |

### Objection to Proof of Claim of PECO Energy Company

### Order

AND NOW, this 18th day of August, 2016, upon considering the Debtor's objection to the proof claim of PECO Energy Company, Proof of Claim #, 5 filed on 5/10/2016, and the answer and testimony of the Respondent.

It is hereby ORDERED and DECREED that the proof of claim filed by PECO Energy Company, Proof of Claim #, 5, filed on 5/10/2016 is hereby disallowed and removed from the Claims Register.

Hon. Jean K. FitzSimon
United States Bankruptcy Judge