United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nelson Martinez  
    Debtor

Case No. 15-18073-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: PaulP　　　Page 1 of 1　　　Date Rcvd: Aug 19, 2016  
　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2016.  
db　　　　　+Nelson Martinez,    829 McClellan Street,    Philadelphia, PA 19148-1627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13725104      +E-mail/Text: bankruptcygroup@peco-energy.com Aug 20 2016 01:33:03      PECO Energy Company,  
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380  
                                                                                             TOTAL: 1

　　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2016 at the address(es) listed below:  
　　　　　ANDREW F GORNALL    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al...  
　　　　　　agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com  
　　　　　ERIK B. JENSEN    on behalf of Debtor Nelson  Martinez john@erikjensenlaw.com,  
　　　　　　regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com  
　　　　　JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al...  
　　　　　　bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
　　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
　　　　　WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
　　　　　WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
　　　　　　philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Nelson Martinez : Chapter 13
: 
Debtor : Bankruptcy No. 15-18073
: 
: Objection to Proof of Claim
: of PECO Energy Company
: 
: Claim #, 5, filed on 5/10/2016

**Objection to Proof of Claim of
PECO Energy Company**

**Order**

AND NOW, this _18th_ day of _August_, 2016, upon considering the Debtor's objection to the proof claim of PECO Energy Company, Proof of Claim #, 5 filed on 5/10/2016, and the answer and testimony of the Respondent.

It is hereby ORDERED and DECREED that the proof of claim filed by PECO Energy Company, Proof of Claim #, 5, filed on 5/10/2016 is hereby disallowed and removed from the Claims Register.

Hon. Jean K. FitzSimon
**United States Bankruptcy Judge**