# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Nelson Martinez | CHAPTER 13 |
|     Debtor | |
| | |
| U.S. BANK NATIONAL ASSOCIATION | |
| FOR THE PENNSLYVANIA HOUSING | BANKRUPTCY NO.: 15-18073-JKF |
| FINANCE AGENCY | |
|     Movant | |
|     v. | |
| Nelson Martinez | |
| And | |
| William C. Miller, Esq | |
|     Respondents | |

## DEBTOR'S OBJECTION TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER § 362(d)

Debtor, by his attorney, Erik B. Jensen, Esq. by way of answer to Movant's motion, respectfully represent that:

1.- 5.    Admitted.

6.– 8.    Denied. Movant states a conclusion of law to which no response is required.

9.    Denied. Debtor intends to cure all arrears owed.

10-11.    Denied. Movant states a conclusion of law to which no response is required.

WHEREFORE, Debtor prays that Movant's request be denied.

Date: August 22, 2016    Respectfully submitted.

    /S/ Erik B. Jensen
    Erik B. Jensen, Esq.