# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| **Nelson Martinez** | : Bankruptcy No. 15-18073 |

## CERTIFICATION OF NO OBJECTION TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ERIK B. JENSEN, ESQUIRE

I, Erik B. Jensen, Esq, Counsel for Debtor(s) in the above matter, do hereby certify that no response to the APPLICATION FOR COMPENSATION has been served upon me, nor have any other APPLICATIONS FOR ADMINISTRATIVE EXPENSES.

WHEREFORE, the Application is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application, a copy of which was attached thereto.

Respectfully submitted,

DATE:  September 15, 2016              /s/ Erik B. Jensen, Esq
Erik B. Jensen, P.C.
Attorney for the Debtor
1528 Walnut Street, Suite 1401
Philadelphia, PA 19102
215-546-4700