UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Nelson Martinez

13

Bky No. 15-18073 JKF

Debtor(s).

### ORDER

**AND NOW,** this _____ day of _____ 2016, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Erik B. Jensen P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,600.00 less $1,000.00 already paid with a remaining balance of $2,600.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**BY THE COURT:**

_[signature]_

**Date: September 20, 2016**    Hon. Jean K. FitzSimon
**U.S. BANKRUPTCY JUDGE**


CC:    **Law Offices of Erik B. Jensen, P.C.
ERIK B. JENSEN, ESQUIRE
1528 Walnut Street
Suite 1401
Philadelphia, PA   19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

Nelson Martinez
829 McClellan Street
Philadelphia, PA 19148