United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-18073-jkf
Nelson Martinez                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 1              Date Rcvd: Sep 20, 2016
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2016.
db              +Nelson Martinez,   829 McClellan Street,   Philadelphia, PA 19148-1627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2016 at the address(es) listed below:
           ANDREW F GORNALL     on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION, Et Al...
            agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
           ERIK B. JENSEN    on behalf of Debtor Nelson  Martinez john@erikjensenlaw.com,
            regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
           JOSHUA ISAAC GOLDMAN     on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION, Et Al...
            bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
           United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
           WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
            philaecf@gmail.com
                                                                                   TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

        Nelson Martinez

                    Debtor(s).

13

Bky No. 15-18073 JKF

## ORDER

    **AND NOW,** this           day of           2016, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Erik B. Jensen P.C.**,** counsel for debtor(s) and after notice it is hereby

    **ORDERED** that counsel fees in the amount $3,600.00 less $1,000.00 already paid with a remaining balance of $2,600.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

                                   BY THE COURT:

**Date: September 20, 2016**

                                   Hon. Jean K. FitzSimon
                                   **U.S. BANKRUPTCY JUDGE**

CC:    **Law Offices of Erik B. Jensen, P.C.**
        **ERIK B. JENSEN, ESQUIRE**
        **1528 Walnut Street**
        **Suite 1401**
        **Philadelphia, PA   19102**

        William C. Miller, Esquire
        Chapter 13 Trustee
        Post Office Box 40119
        Philadelphia, PA 19106

        Nelson Martinez
        829 McClellan Street
        Philadelphia, PA 19148