# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISCTRICT OF PENNSYLVANIA

In re : CHAPTER 13
:
Nelson Martinez : BANKRUPTCY NO.: 15-18073

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF COURT:

Kindly withdraw docket number 67, the Debtor's Objection to Motion for Relief.

ERIK B. JENSEN, P.C.

BY: /s/Erik B. Jensen
ERIK B. JENSEN, P.C
1528 Walnut Street, Ste 1401
Philadelphia, PA 19102
Telephone: 215-546-4700

Date: October 19, 2016         Attorney for the Debtor