**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Nelson Martinez<br>　　　　　　　Debtor | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　　Movant<br>　　vs.<br>Nelson Martinez<br>　　　　　　　Debtor<br>William C. Miller<br>　　　　　　　Trustee | NO. 15-18073 JKF<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

　　　　AND NOW, this　　　day of　　　　　　, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

　　　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 829 Mcclellan Street, Philadelphia, PA 19148 ("Property), as to Movant, its successors or assignees.

**Date: October 25, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Nelson Martinez
829 McClellan Street
Philadelphia, PA 19148

Erik B. Jensen Esq.
1528 Walnut Street (VIA ECF)
Suite 1401
Philadelphia, PA 19102

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107


KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532