United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18073-jkf
Nelson Martinez                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi           Page 1 of 2           Date Rcvd: Dec 09, 2016
                             Form ID: pdf900        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2016.
db            +Nelson Martinez,   829 McClellan Street,   Philadelphia, PA 19148-1627
13633234      +P.O. Box 15057,   Harrisburg, PA 17105-5057
13650028      +Philadelphia Gas Works,   800 W Montgomery Ave,   Phila Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
13641164      +U.S BANK NATIONAL ASSOCIATION TRUSTEE FOR THE PENN,   PHFA Loan Servicing Division,
               211 North Front Street,   Harrisburg, Pennsylvania 17101-1466
13635815      +U.S. Bank N.A.,   c/o Andrew F. Gornall, Esq.,   KML Law Group P.C.,
               701 Market St., Ste. 5000,   Phila., PA 19106-1541
13633235      +Xerox Soluti,   Pob 41818,   Philadelphia, PA 19101-1818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Dec 10 2016 01:53:50    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 10 2016 01:52:48
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 10 2016 01:53:38    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13718353      +E-mail/Text: bankruptcy@phila.gov Dec 10 2016 01:53:50
               CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,   BANKRUPTCY GROUP - MSB,
               1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,   PHILADELPHIA, PA 19102-1617
13725104      +E-mail/Text: bankruptcygroup@peco-energy.com Dec 10 2016 01:52:35    PECO Energy Company,
               Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13652739      +E-mail/Text: equiles@philapark.org Dec 10 2016 01:54:33    Philadelphia Parking Authority,
               701 Market St. Suite 5400,   Philadelphia,PA 19106-2895
                                                                                            TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13633230      Date 11/16/2015 Signature /s/ Nelson Martinez
13633232      Date Signature
13633228      IN RE: Nelson Martinez,   UNITED STATES BANKRUPTCY COURT,   EASTERN DISTRICT OF PENNSYLVANIA,
              PHILADELPHIA DIVISION,   CASE NO 15-18073,   CHAPTER 13
13633231      Nelson Martinez
13633229      The above named Debtor hereby verifies that the at,   knowledge.
13633233      US Bank, N.A.,   211 N. Front Street 211 N. Front Street
                                                                                   TOTALS: 6, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION, Et Al...
              agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Debtor Nelson  Martinez john@erikjensenlaw.com,
              regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION, Et Al...
              bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
              dmaurer@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
              philaecf@gmail.com

District/off: 0313-2            User: Randi              Page 2 of 2            Date Rcvd: Dec 09, 2016
                               Form ID: pdf900          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                       TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NELSON MARTINEZ                              Chapter 13


                        Debtor              Bankruptcy No. 15-18073-JKF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


**Date: December 9, 2016**
                        _____
                                    Jean K. FitzSimon
                                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, P.C.
1528 WALNUT ST
SUITE 1401
PHILA, PA 19102-


Debtor:
NELSON MARTINEZ

829 MCCLELLAN STREET

PHILADELPHIA, PA 19148